### CLUTE *against* VAN SLYCK.

ON certiorari. The defendant, being Sheriff of the county of *Schenectady*, was sued before a Justice of the Peace, for an escape of a prisoner upon execution ; and the Justice gave judgment in his favour. On certiorari to this Court the judgment was affirmed ; and now,.

*N. F. Beck* moved for double costs, upon the statute, (*sess.* 24, *ch.* 47, *s.* 1, 1 R. L. 155.)

The statute, (1 R. L. 155, s. 1) giving the sheriff, &c. double costs, on verdict, &c. in his favour, does not apply to a proceeding upon certiorari.

*S. A. Foot*, contra, said the statute did not apply to a proceeding on certiorari ; that it contemplated an action in which there could be a verdict or discontinuance, or a nonsuit.

*Curia.* We do not think the statute applies to this case.

Motion denied.